WILLIAM WALSH et al., Individually and in Behalf of All Other Employees, Past and Present, of Defendants, at Premises 515 Madison Avenue, New York City, Respondents, v. 515 MADISON AVENUE CORPORATION et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ. [181 Misc. 219.] [See post, p. 819.]

THEODORE H. SILBERT, as Trustee in Bankruptcy of UNIVERSAL MACHINE TOOL MANUFACTURING COMPANY, INC., Respondent, v. ADVANCE MACHINERY EXCHANGE, INC., et al., Appellants.— Order affirmed, with twenty dollars costs and disbursements, without prejudice to an application by defendant Joseph Blachman for a jury trial of the legal causes of action under section 429 of the Civil Practice Act. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer, J. concurs in affirmance as to defendant Advance Machinery Exchange, Inc., upon the ground that its remedy was to apply for an order framing the issues to be submitted to the jury, and dissents and votes to reverse the order and grant the motion as to the defendant Joseph Blachman upon the ground that only legal causes of action are asserted against that defendant.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CENTRAL HANOVER BANK & TRUST COMPANY, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents.— Order unanimously modified by further reducing the assessment for the year 1942–43 on the real estate in question as follows: land $200,000; building $350,000; total $550,000, and as so modified affirmed, with twenty dollars costs and disbursements to the relator-appellant. No opinion. Settle order on notice. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

ELMS STEAKS & CHOPS, INC., Appellant, v. ANNA FISCHER et al., Defendants, and HELEN GERSHOWITZ et al., as Executors and Trustees under the Will of HIMAN FISCHER, Deceased, et al., Defendants-Respondents.— Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order, on payment of said costs and the ten dollars costs awarded at Special Term. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and deny the cross motion to dismiss. [See post, p. 807.]

WILLIAM RESNICK, Suing on Behalf of Himself and All Other Stockholders of HEARN DEPARTMENT STORES, INC., Similarly Situated, Appellant, v. HEARN DEPARTMENT STORES, INC., et al., Respondents, et al., Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ. [See post, p. 809.]

MAY A. TWIST, Respondent, v. BEATRICE L. HIRSCHHORN et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

EUGENE J. NOYES, Appellant, v. PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ. [See post, p. 869.]

GEORGE H. SOLOMON, as Committee of CHARLES SOLOMON, an Incompetent Person, Respondent, v. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.